## Allen *against* White.

**THIS** was a scire facias at the suit of *David White* against *Wm. B. Allen* as the appearance bail for *Thomas K. Roberts.* The writ of capias and bail bond were dated 1st day of *October*, 1821, the writ returnable to the Circuit Court of *Dallas* County on the fourth *Monday* in *February* next. The bail bond conditioned for the appearance of *Roberts* at the next term of the Court above mentioned, on the second *Monday* in *February*. *Allen* plead nul tiel Record, on which the Circuit Court rendered judgment against him. *Allen* assigned here as Error that the condition of the bond required *Roberts* to appear at Court at a time when there was no Court held by law.

A bail bond conditioned for the appearance of the principal at a day different from that prescribed by law for holding the Court, is void.

37

DECEMBER, 1824.

~~~~~~~~~

Allen
v.
White.
————————

The Counsel for the defendant in Error being requested by the Court to begin,

*H. G. Perry* for defendant in Error.—The Statute prescribes no form for the condition of the bail bond. If it had been to appear at the next term, it would have been sufficient. The principal and his bail were bound to know the time appointed by law for the sitting of the Court. 6 Com. Dig. Pleader D. Then the words *in the condition*, " on the second *Monday* in *February*," were mere surplusage ; but the time for holding the Court is correctly stated in the writ, which, in the order of the Record, is prior to the bail bond ; and by our Statute of jeofail, the bail bond is to be regarded as amended by the writ.

*Thorington* for the plaintiff in Error was stopped by the Court.

Judge *Ellis* delivered the opinion of the Court.

By law the bail is entitled to discharge himself by surrendering his principal to the Court or to the Sheriff, and is liable on the bond only in case of failure of the principal to appear as required by the condition. For aught that appears, the principal may have appeared at the time required by the condition, and the bond have been literally complied with.

The judgment must be reversed.

Judge *Saffold* not sitting.